Herbert G. Wickersheim, plaintiff in error, v. Edward H. Forke, defendant in error. Gen. No. 28,720.

Action by lessor for termination of lease, assignee claiming right of renewal under clause claimed by defendant to apply only in favor of original lessors. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 17, 1924.

Jacob Levy, for plaintiff in error. Walter J. Miller, for defendant in error.

Mr. Justice Johnston delivered the opinion of the court.

The City of Chicago, defendant in error, v. William Johnson, plaintiff in error. Gen. No. 28,770.

Charge of disorderly conduct. Fine of $35. Error to the Municipal Court of Chicago; the Hon. Lawrence B. Jacobs, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 17, 1924.

John H. Randle, for plaintiff in error. Francis X. Busch, Corporation Counsel, and Samuel E. Pincus, Prosecuting Attorney, for defendant in error; Eliot H. Evans, Chief Assistant Prosecuting Attorney, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

Sarah Kessell, appellee, v. Barrett Kessell, appellant. Gen. No. 28,830.

Wife's action for divorce. Judgment for complainant. Appeal from the Superior Court of Cook county; the Hon. Thomas J. Lynch, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 17, 1923.

B. M. Shaffner, for appellant. No appearance for appellee.

Mr. Justice Johnston delivered the opinion of the court.

Guy J. Gibson, for use of Mathews-Devore & Peterson-Melangton, appellee, v. DuPuis-Rickman Engraving & Embossing Company, appellant. Gen. No. 28,842.

Action in garnishment. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Alfar M. Eberhardt, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Reversed. Opinion filed March 17, 1924.

Herbert A. Schryver, for appellant. Harry H. Kaplan, for appellee.

Mr. Justice Johnston delivered the opinion of the court.